

**Thomas Bruton, Clerk**

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

(312)435-5698

November 8, 2012

**California Northern District Court**
Richard W. Wieking, Clerk of Court
Phillip Burton Federal Building
United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102-3434

Dear Clerk:

**Re: MDL 2272 In Re: Zimmer Nexgen Knee Implant Products Liability Litigation -Transfer Request, Your Case no. 3:12-04763 Reddy v. Zimmer Inc., et al, Our Case no. 12cv8920**

Enclosed is a certified copy of the Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned to Judge Rebecca R. Pallmeyer.

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Thomas G. Bruton
Clerk
By: /s/ Enjoli Fletcher
Deputy Clerk

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION  MDL No. 2272

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO –115)

On August 8, 2011, the Panel transferred 18 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 802 F.Supp.2d 1374 (J.P.M.L. 2011). Since that time, 698 additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Rebecca R Pallmeyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Pallmeyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of August 8, 2011, and, with the consent of that court, assigned to the Honorable Rebecca R Pallmeyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 05, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY ATTEST
THOMAS G. BRUTON, CLERK
By: ETCHER
DEPUTY CLERK
U.S. DISTRICT COURT NORTHERN
DISTRICT OF ILLINOIS
November 8, 2012

IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION                MDL No. 2272

SCHEDULE CTO-115 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

ARIZONA

| AZ | 2 | 12-01941 | Kramer v. Zimmer Incorporated et al 12cv8912 |
| AZ | 4 | 12-00681 | Moriset v. Zimmer Incorporated et al 12cv8913 |

CALIFORNIA CENTRAL

| CAC | 2 | 12-07832 | Zimmer Nextgen Knee Implant Products Liability Litigation et al v. Zimmer Inc et al  12cv8916 |

CALIFORNIA EASTERN

| CAE | 2 | 11-02297 | Selberg v. Zimmer, Inc.  12cv8917 |
| CAE | 2 | 12-02264 | Iannone v. Zimmer, Inc. et al 12cv8919 |

CALIFORNIA NORTHERN

| CAN | 3 | 12-04763 | Reddy v. Zimmer, Inc. et al 12cv8920 |

FLORIDA NORTHERN

| FLN | 3 | 12-00433 | THAD KOPEC v. ZIMMER INC et al 12cv8921 |

GEORGIA MIDDLE

| GAM | 4 | 12-00242 | CIAPPINA v. ZIMMER INC et al  12cv8922 |

GEORGIA NORTHERN

| GAN | 1 | 12-02982 | Tripodo et al v. Zimmer, Inc. et al  12cv8923 |

INDIANA NORTHERN

| INN | 3 | 12-00499 | Porter v. Zimmer Inc et al  12cv8924 |
| INN | 3 | 12-00500 | Smith v. Zimmer Inc et al  12cv8925 |
| INN | 3 | 12-00504 | Carro v. Zimmer Inc et al  12cv8926 |
| INN | 3 | 12-00505 | Walker v. Zimmer Inc et al  12cv8927 |

| | | | |
|---|---|---|---|
| INN | 3 | 12-00506 | Riley v. Zimmer Inc et al  12cv8928 |
| INN | 3 | 12-00507 | Fielty v. Zimmer Inc et al  12cv8929 |
| INN | 3 | 12-00508 | Decino v. Zimmer Inc et al  12cv8931 |
| INN | 3 | 12-00509 | Collins v. Zimmer Inc et al  12cv8932 |
| INN | 3 | 12-00510 | Bembry v. Zimmer Inc et al  12cv8933 |

INDIANA SOUTHERN

| | | | |
|---|---|---|---|
| INS | 3 | 12-00139 | WOODS et al v. ZIMMER HOLDINGS INC et al  12cv8934 |
| INS | 3 | 12-00166 | BROCKMAN v. ZIMMER, INC. et al  12cv8935 |

KANSAS

| | | | |
|---|---|---|---|
| KS | 6 | 12-01222 | Soria v. Zimmer, Inc. et al  12cv8936 |

LOUISIANA WESTERN

| | | | |
|---|---|---|---|
| LAW | 3 | 12-02323 | McCardle v. Zimmer Inc et al  12cv8937 |